**BARSHAY SANDERS, PLLC**
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel: (516) 203-7600
Fax: (516) 706-5055
Email: *ConsumerRights@BarshaySanders.com*
*Attorneys for Plaintiff*
Our File No.: 115599



FILED
U.S. DISTRICT COURT E.D.N.Y.
★   OCT 19 2018   ★
LONG ISLAND OFFICE

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOEL SANDEL, MICHAEL DOVEY AND AMANDA GILL, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | Docket No: 2:18-cv-04331-ADS-AYS |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| UNIFUND CCR, LLC, | |
| Defendant. | |

Now comes the Plaintiff JOEL SANDEL, MICHAEL DOVEY AND AMANDA GILL,

INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED by and

through counsel, to provide notice to the Court that the present cause has been settled between the

parties, and state:

1.  A settlement agreement ("Agreement") is in the process of being finalized. Once the

    Agreement is fully executed, and Plaintiffs have received the consideration required pursuant

    to the Agreement, the parties will submit a Stipulation of Voluntary Dismissal *with prejudice*

    pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the

    case be dismissed and closed.

1

*BARSHAY | SANDERS PLLC*
*100 GARDEN CITY PLAZA, SUITE 500*
*GARDEN CITY, NEW YORK 11530*

2. The parties respectfully request that the Court stays this case and adjourns all deadlines and conferences.

3. We respectfully request the Court provide that the parties may seek to reopen the matter for forty-five (45) days to assure that the Agreement is executed and that the settlement funds have cleared.

DATED: October 18, 2018

**BARSHAY SANDERS, PLLC**

By: */s/ David M. Barshay*
David M. Barshay, Esq.
BARSHAY SANDERS, PLLC
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel: (516) 203-7600
Fax: (516) 706-5055
*ConsumerRights@BarshaySanders.com*
*Attorneys for Plaintiff*
Our File No.: 115599

Case closed. The parties are granted leave to re-open the case in the event that settlement is not consummated. SO ORDERED.

*/s/ Arthur D. Spatt*

Arthur D. Spatt, U.S.D.J.

10/19/18
Date

BARSHAY | SANDERS PLLC
100 GARDEN CITY PLAZA, SUITE 500
GARDEN CITY, NEW YORK 11530